SCOTT J. HYMAN (State Bar No. 148709)
sjh@severson.com
KALAMA M. LUI-KWAN (State Bar No. 242121)
kml@severson.com
ALISA A. GIVENTAL (State Bar No. 273551)
aag@severson.com
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439

Attorneys for Defendant
WELLS FARGO BANK, N.A.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DOUGLAS HARROLD, an individual, and ALYSON HARROLD, an individual,

Plaintiffs,

v.

EXPERIAN INFORMATION SOLUTIONS, INC.; TRANS UNION L.L.C.; EQUIFAX INFORMATION SERVICES, L.L.C.; WELLS FARGO BANK, N.A.; and DOES 1 through 100, inclusive,

Defendants.

Case No.: CV12-02987-PSG

**STIPULATION TO CONTINUE WELLS FARGO BANK, N.A.'S DEADLINE TO RESPOND TO PLAINTIFFS' COMPLAINT**

WHEREAS, on June 11, 2012, plaintiffs Douglas Harrold and Alyson Harrold ("Plaintiffs") filed their initial complaint ("Complaint");

WHEREAS, on June 21, 2012, Plaintiffs served the Complaint upon defendant Wells Fargo Bank, N.A. ("Wells Fargo");

WHEREAS, under the Federal Rules of Civil Procedure, Wells Fargo's current deadline to answer or otherwise respond to the Complaint is July 12, 2012;

WHEREAS, Plaintiffs have agreed to extend the deadline for Wells Fargo to answer or otherwise respond to the Complaint to August 10, 2012 to allow the parties to review and informally discuss the matter; and

WHEREAS, the agreed-upon extension will not alter the date of any event or any deadline already fixed by Court order;

NOW THEREFORE, IT IS HEREBY STIPULATED by the parties hereto, through their respective counsel, that:

1. The time for Wells Fargo to answer or otherwise respond to the Complaint shall be extended until and including August 10, 2012; and

2. This stipulation is without prejudice to the rights, claims, arguments and defenses of all parties.

DATED: July 6, 2012

STEBERG LAW FIRM

By: *\/s/ Anita L. Steburg*
Anita L. Steburg

Attorneys for Plaintiffs
Douglas Harrold and Alyson Harrold

DATED: July 6, 2012

SEVERSON & WERSON
A Professional Corporation

By: */s/ Kalama M. Lui-Kwan*
Kalama M. Lui-Kwan

Attorneys for Defendant
Wells Fargo Bank, N.A.

Filer's Attestation: Pursuant to General Order No. 45, Section X(B) regarding signatures, I attest under penalty of perjury that concurrence in the filing of the document has been obtained from Anita L. Steburg.

*/s/ Kalama M. Lui-Kwan*
Kalama M. Lui-Kwan

**[PROPOSED] ORDER**

Pursuant to the stipulation of the parties and GOOD CAUSE APPEARING:

IT IS HEREBY ORDERED that the time for Wells Fargo to answer or otherwise respond to the Complaint shall be extended until and including August 10, 2012.

DATED: July ___, 2012

________________________________________
THE HONORABLE PAUL SINGH GREWAL
UNITED STATES DISTRICT JUDGE