**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DOUGLAS HARROLD, an individual, and ALYSON HARROLD, an individual,

    Plaintiffs,

  v.

EXPERIAN INFORMATION SOLUTIONS, INC., TRANS UNION LLC, EQUIFAX INFORMATION SERVICES, LLC, WELLS FARGO BANK, N.A., and DOES 1 through 100, inclusive,

    Defendants.
                                      /

No. C 12-02987 WHA

**ORDER RE JOINT NOTICE OF SETTLEMENT**

The Court acknowledges and thanks the parties for the notice of settlement but cautions that all deadlines remain active until a dismissal is filed.

**IT IS SO ORDERED.**

Dated: September 28, 2012.

                                           WILLIAM ALSUP
                                           UNITED STATES DISTRICT JUDGE