IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DOUGLAS HARROLD, et al., | No. C 12-02987 WHA |
| Plaintiff, | |
| v. | **ORDER DISMISSING ACTION** |
| EXPERIAN INFORMATION SOLUTIONS, INC., et al., | |
| Defendants. / | |

Plaintiffs and the sole remaining defendant, Equifax Information Services, LLC, have filed a stipulation for dismissal. The stipulation is **GRANTED**. The clerk shall **CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: January 14, 2013.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE